**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **STACI MICHELE SMITH,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 1:26-CV-46-MJT** |
| | § | |
| **COMMISSIONER OF SOCIAL SECURITY,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING APPLICATION FOR ATTORNEY'S FEES**

Before the Court is Plaintiff's Unopposed Application for Attorney Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. [Dkt. 16.] The application states that the Commissioner is unopposed to the requested fee. [*Id.*] Judge Stetson recommended that the Court grant Plaintiff's application, and neither party filed objections to her Report and Recommendation. It is therefore

ORDERED that the Report and Recommendation Regarding Attorney Fees is ADOPTED. It is further

ORDERED that Plaintiff's application for attorney's fees [dkt. 16] is GRANTED and the Commissioner of Social Security shall pay Staci Michele Smith, in care of her attorney, Gabriel Bono, an attorney fee in the amount of $7,159.04. This amount includes fees and compensation for 28 hours of service at $255.68 per hour, plus an adjustment for increased costs of living consistent with the Consumer Price Index for the relevant time periods. The court directs that the award be mailed to Staci Michele Smith, in care of her attorney, Gabriel Bono, Bono Disability PLLC, 9030 Clay Hibbins Rd., Keller, TX 76248. It is further

ORDERED that this award is subject to any beneficial, contractual and/or assignment-based interests held by Plaintiff's attorney. If successful at the administrative level, Plaintiff is granted an extension of sixty days from receipt of the Notice of Award from the Social Security Administration to file a motion for attorney's fees under 42 U.S.C. § 406(b).

**SIGNED this 26th day of October, 2026.**

Michael J. Truncale
United States District Judge